**Order filed  April 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00117-CV

_____

**JOE GUADALUPE VASQUEZ AND MARIA GUADALUPE VASQUEZ,**
**Appellants**

**V.**

**AMALIA PUGA, EDGAR PUGA, JUAN PAPIA, AND STATE BOND &**
**MORTGAGE CO., Appellees**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-37844**

---

## O R D E R

The notice of appeal in this case was filed February 3, 2012.  To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed.  *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **April 30, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM